O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHITTIN TIRABAEDYA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE NATIONAL ASSOCIATION, a District of Columbia corporation; CHASE BANK USA, a New York corporation; GE CAPITAL RETAIL BANK a/k/a GE CAPITAL FINANCIAL, INC., a Utah corporation,<br><br>　　　　Defendants. | Case No. CV 12-04185 DDP (MRWx)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTIONS TO DISMISS**<br><br>[Dkt. Nos. 8. 12] |

　　Presently before the court are Motions to Dismiss filed by Defendant Capital One Bank (USA), N.A. and Defendant Chase Bank USA, N.A.  Because Plaintiff has not filed an opposition to either motion, the court GRANTS the motions.

　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

"[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendants' motions was set for November 5, 2012. Plaintiff's opposition was therefore due by October 15, 2012. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motions to dismiss, and GRANTS the motions.

IT IS SO ORDERED.

Dated: October 30, 2012

DEAN D. PREGERSON
United States District Judge