1

2

3                                                    O

4                                            NO JS-6

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   CHITTIN TIRABAEDYA, an        )  Case No. CV 12-04185 DDP (MRWx)
     individual,                   )
12                                 )
                       Plaintiff,  )
13                                 )  **ORDER GRANTING DEFENDANTS'**
           v.                      )  **MOTIONS TO DISMISS**
14                                 )
     CAPITAL ONE NATIONAL          )
15   ASSOCIATION, a District of    )
     Columbia corporation; CHASE   )
16   BANK USA, a New York          )
     corporation; GE CAPITAL       )
17   RETAIL BANK a/k/a GE CAPITAL   )
     FINANCIAL, INC., a Utah       )  [Dkt. Nos. 8. 12]
18   corporation,                  )
                                   )
19                     Defendants. )
     _____)
20

21       Presently before the court are Motions to Dismiss filed by

22   Defendant Capital One Bank (USA), N.A. and Defendant Chase Bank

23   USA, N.A.  Because Plaintiff has not filed an opposition to either

24   motion, the court GRANTS the motions.

25       Central District of California Local Rule 7-9 requires an

26   opposing party to file an opposition to any motion at least twenty-

27   one (21) days prior to the date designated for hearing the motion.

28   C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

1   "[t]he failure to file any required document, or the failure to

2   file it within the deadline, may be deemed consent to the granting

3   or denial of the motion."  C.D. CAL. L.R. 7-12.

4        The hearing on Defendants' motions was set for November 5,

5   2012.  Plaintiff's opposition was therefore due by October 15,

6   2012.  As of the date of this Order, Plaintiff has not filed an

7   opposition, or any other filing that could be construed as a

8   request for a continuance.  Accordingly, the court deems

9   Plaintiff's failure to oppose as consent to granting the motions to

10  dismiss, and GRANTS the motions.

11

12

13  IT IS SO ORDERED.

14

15

16  Dated: October 30, 2012

17                                     DEAN D. PREGERSON
                                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28