O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHITTIN TIRABAEDYA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE NATIONAL ASSOCIATION, a District of Columbia corporation; CHASE BANK USA, a New York corporation; GE CAPITAL RETAIL BANK a/k/a GE CAPITAL FINANCIAL, INC., a Utah corporation, <br><br> Defendants. | Case No. CV 12-04185 DDP (MRWx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br><br> [Dkt. No. 27] |

    Presently before the court is Defendant G.E. Capital Retail Bank ("Defendant")'s Motion for Judgment on the Pleadings. This court earlier granted unopposed Motions to Dismiss filed by Defendants Capital One Bank (USA), N.A. and Chase Bank USA, N.A. (Dkt. No. 26) Because Plaintiff, represented by counsel, has not filed an opposition to Defendant's Motion for Judgment on the Pleadings, the court GRANTS the motion.

///

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

    The hearing on Defendants motions was set for January 14, 2013.  Plaintiff's opposition was therefore due by December 24, 2012.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion for judgment on the pleadings, and GRANTS the motion.  In addition, the SCHEDULING CONFERENCE is vacated.

IT IS SO ORDERED.

Dated: January 2, 2013

DEAN D. PREGERSON
United States District Judge

2