1
2
3
4
5                                                                                         CLOSED
6
7
8                               UNITED STATES DISTRICT COURT
9                              CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| CHITTIN TIRABAEDYA, an individual, | Case No.  CV12-04185 DDP (MRWx) |
| Plaintiff, | |
| | **JUDGMENT OF DISMISSAL** |
| vs. | |
| CAPITAL ONE NATIONAL ASSOCIATION, A District of Columbia Corporation; CHASE BANK USA, A New York Corporation; GE CAPITAL RETAIL BANK a/k/a GE CAPITAL FINANCIAL, INC An Utah Corporation, | |
| Defendants. | |

NOTICE OF LODGING PROPOSED JUDGMENT OF DISMISSAL

1

**JUDGMENT OF DISMISSAL**

The Court, having dismissed the matter as to Defendant GE CAPITAL RETAIL BANK pursuant to its January 2, 2013 Order Granting Defendant GE Capital Retail Bank's Motion for Judgment on the Pleadings,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant GE CAPITAL RETAIL BANK, and against Plaintiff CHITTIN TIRABAEDYA; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: January 07, 2013

_____
HONORABLE DEAN D. PREGERSON
U.S. DISTRICT COURT JUDGE